**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

MARKEEM MURKHI CHILDERS                                    PLAINTIFF
ADC # 181554

v.                                 3:26CV00061-DPM-JTK

CLAUDIA HARRIS, et al.                                     DEFENDANTS


**ORDER**

Having reviewed Markeem Murkhi Childers's ("Plaintiff") Complaint (Doc. No. 2) for screening purposes,[1] the Court concludes service of Plaintiff's failure to protect claims against Defendants Claudia Harris, Zachery Harmon, and Heath Duncan in their personal capacities is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Claudia Harris, Zachery Harmon, and Heath Duncan.  The United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on each of these Defendants without prepayment of fees and costs or security therefore.  Service should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

Dated this 24th day of February, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.  28 U.S.C. § 1915A(a).