# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MARKEEM MURKHI CHILDERS**                                    **PLAINTIFF**
**ADC #181554**

v.                                          **No. 3:26-cv-61-DPM-JTK**

**CLAUDIA HARRIS, Deputy Warden,**
**Randall L. Williams Unit;  ZACHERY**
**HARMON, Lieutenant, Grimes Unit;  and**
**HEATH DUNCAN, Lieutenant, Grimes**
**Unit**                                                      **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts the partial recommendation, *Doc. 6*, and overrules Childers's objections, *Doc. 7*.  Fed. R. Civ. P. 72(b)(3).  Childers's official capacity claims are dismissed without prejudice.  His individual capacity failure-to-protect claims go forward.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____11 March 2026_____