**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

MARKEEM MURKHI CHILDERS                                                    PLAINTIFF
ADC # 181554

v.                                            3:26CV00061-DPM-JTK

CLAUDIA HARRIS, et al.                                                    DEFENDANTS


**ORDER**

Markeem Murkhi Childers's ("Plaintiff") Motion for Status Update (Doc. No. 11) is

GRANTED.   The Clerk of the Court is directed to send Plaintiff a copy of the docket sheet in this

case along with a copy of this Order.

IT IS SO ORDERED this 27th day of March, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE