## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

MARKEEM MURKHI CHILDERS                                                    PLAINTIFF
ADC # 181554

v.                                    3:26CV00061-DPM-JTK

CLAUDIA HARRIS, et al.                                                    DEFENDANTS

### ORDER

    Defendants Claudia Harris, Heath Dunagan, and Zachery Harmon, through counsel, filed an Answer to Plaintiff's Complaint and provided their full and correct names.   (Doc. No. 17). The Clerk of the Court is directed to change the style of the case to reflect the full and correct name of Defendant Dunagan.

    IT SO ORDERED this 2nd day of June, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE