# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MARKEEM MURKHI CHILDERS**                                            **PLAINTIFF**
**ADC #181554**

v.                                          **No. 3:26-cv-61-DPM-JTK**

**CLAUDIA HARRIS, Deputy Warden,**
**Randall L. Williams Unit;  ZACHERY**
**HARMON, Lieutenant, Grimes Unit;  and**
**HEATH DUNAGAN, Lieutenant, Grimes**
**Unit**                                                             **DEFENDANTS**

## ORDER

Unopposed partial recommendation, *Doc. 22*, adopted.  Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes).  Childers's motion for summary judgment, *Doc. 21*, is denied without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_25 June 2026_