**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MARKEEM MURKHI CHILDERS**
**ADC #181554** **PLAINTIFF**

**v.** **No. 3:26-cv-61-DPM-JTK**

**CLAUDIA HARRIS, Deputy Warden, Randall L. Williams Unit; ZACHERY HARMON, Lieutenant, Grimes Unit; and HEATH DUNAGAN, Lieutenant, Grimes Unit** **DEFENDANTS**

**ORDER**

Motion to stay, *Doc. 33*, granted. The Court suspends the Initial Scheduling Order, *Doc. 18*, and will reset deadlines following its ruling on the Proposed Findings and Recommendations, *Doc. 31*, if needed.

So Ordered.

D.P. Marshall Jr.
United States District Judge

18 September 2026