**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MARKEEM MURKHI CHILDERS**
**ADC #181554** **PLAINTIFF**

**v.** **No. 3:26-cv-61-DPM**

**CLAUDIA HARRIS, Deputy Warden, Randall L. Williams Unit; ZACHERY HARMON, Lieutenant, Grimes Unit; and HEATH DUNAGAN, Lieutenant, Grimes Unit** **DEFENDANTS**

**ORDER**

On *de novo* review, the Court adopts the recommendation, *Doc. 31*, and overrules Childers's objections, *Doc. 32*. Fed. R. Civ. P. 72(b)(3). Motion for summary judgment, *Doc. 24*, granted. Childers's individual capacity failure to protect claims will be dismissed without prejudice because Childers didn't fully exhaust his administrative remedies. Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

27 October 2026