**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MARKEEM MURKHI CHILDERS**
**ADC #181554** **PLAINTIFF**

**v.** **No. 3:26-cv-61-DPM**

**CLAUDIA HARRIS, Deputy Warden, Randall L. Williams Unit; ZACHERY HARMON, Lieutenant, Grimes Unit; and HEATH DUNAGAN, Lieutenant, Grimes Unit** **DEFENDANTS**

# JUDGMENT

Childers's claims are dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

27 October 2026